IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY COGAN,<br><br>        Plaintiff,<br><br>   v.<br><br>NRX PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-01600-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: April 2, 2025

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.